UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES ALAN JAKAWICH,

    Petitioner,

v.                                              CASE NO. 6:11-cv-1987-Orl-19DAB

SECRETARY, DEPARTMENT
 OF CORRECTIONS , et al.,

    Respondents.

_____/

## ORDER

This case is before the Court on Petitioner's Motion to Consolidate (Doc. No. 9, filed December 23, 2011). Petitioner's counsel asserts that the instant petition, which was filed *pro se*, alleges duplicate grounds to those raised in case number 6:11-cv-1922-18KRS, which was filed by counsel. Petitioner's counsel requests that this case "remain in a terminated state." Since the instant petition merely repeats claims that are pending in case number 6:11-cv-1922-18KRS, it will be dismissed without prejudice to the right of Petitioner to pursue his claims and to amend his petition (if necessary) in that case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion to Consolidate (Doc. No. 9, filed December 23, 2011) is **DENIED AS MOOT,** and this case is **DISMISSED** without prejudice to the pursuit of Petitioner's claims in case number 6:11-cv-1922-18KRS.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _12th____ day of January, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 1/12
James Alan Jakawich